UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

RECEIVED
DEC 30 PM 2:

THOMAS M. GOULD
CLERK, U.S. DIST
W/D OF TN

__Sheila D. Wilkes__

(Name of plaintiff or plaintiffs)

v.   CIVIL ACTION NO._____

__Gastro One__

(Name of defendant or defendants)

## COMPLAINT UNDER TITLE VII OF THE CIVIL RIGHTS ACT OF 1964

1. This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employment discrimination. Jurisdiction is specifically conferred on the Court by 42 U.S.C. §2000e-5. Equitable and other relief are also sought under 42 U.S.C. §2000e-5(g).

2. Plaintiff, __Sheila Wilkes__
   (name of plaintiff)

is a citizen of the United States and resides at __3367 Hallshire Drive__
   (street address)

__Memphis__        __USA__           __Tennessee__
(city)             (country)          (state)

__38115__                __901-308-2150 / 901-340-5299__
(zip code)               (telephone number)

Revised 4-18-08

3. Defendant __Gastro One__
(defendant's name)
lives at, or its business is located at __1324 Wolfpark Drive__
(street address)

4. Plaintiff sought employment from the defendant or was employed by the defendant at __1324 Wolfpark Drive__
(street address)

__Germantown__ __USA__ __TN__ __38138__
(city)         (country)    (state)   (zip code)

5. Defendant discriminated against plaintiff in the manner indicated in paragraph 9 of this complaint on or about __14th__ __Sept.__ __2010__
(day)         (month)       (year)

6. Defendant filed charges against the defendant with the Tennessee Fair Employment Commission charging defendant with the acts of discrimination indicated in paragraph 9 of this complaint on or about_____.
(day)         (month)       (year)

7. Plaintiff filed charges against the defendant with the Equal Employment Opportunity Commission charging defendant with the acts of discrimination indicated in paragraph 9 of this complaint on or about __11th__ __May__ __2011__
(day)         (month)       (year)

8. The Equal Employment Opportunity Commission issued a Notice of Right to Sue, which was received by plaintiff on __30th Sept. 2011__. (Attach a copy of the notice to
(day) (month) (year)
this complaint.)

9. Because of plaintiff's (1) _X_ race, (2) _X_ color, (3) ___ sex, (4) ___ religion, (5)___ national origin, defendant

    (a) _____ failed to employ plaintiff.

    (b) _X_ terminated plaintiff's employment.

    (c) _____ failed to promote plaintiff.

    (d) _____ _____

10. The circumstances under which defendant discriminated against plaintiff were as follows: _I and another employee of the caucasian persuasion got into an argument and I was fired and she cursed me out, but I was the one fired. The other employee admitted to and was proud that she cursed me but yet they let me go._

11. The acts set forth in paragraph 9 of this complaint

(a) ____ are still being committed by defendant.

(b) _X_ are no longer being committed by defendant.

(c) ____ may still be being committed by defendant.

12. Please attach to this complaint a copy of the charges filed with the Equal Employment Opportunity Commission, which are submitted as a brief statement of the facts supporting this complaint.

WHEREFORE, Plaintiff prays that the Court grant the following relief to the plaintiff:

(a) ____ Defendant be directed to employ plaintiff, or

(b) _X_ Defendant be directed to re-employ plaintiff, or

(c) ____ Defendant be directed to promote plaintiff, or;

(d) _X_ Defendant be directed to _pay back wages._

and that the Court grant such other relief as may be appropriate, including injunctive orders, damages, costs and attorney's fees.

13.     I would like to have my case tried by a jury.  Yes ( )  No (X)

_[signature]_
SIGNATURE OF PLAINTIFF

Revised 4-18-08