## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

**SHEILA D. WILKES,**

  **Plaintiff,**

**VS.**                                                    No.   **2:11-cv-03141-STA-tmp**

**GASTROENTEROLOGY CENTER**
**OF THE MIDSOUTH, P.C.,**
**d/b/a GASTRO ONE,**

  **Defendant.**

## ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE

On June 27, 2012, Sheila D. Wilkes filed her Notice of Voluntary Dismissal with Prejudice, pursuant to Fed. R. Civ. P. Rule 41, with respect to her claims against Gastroenterology Center of the MidSouth, P.C., d/b/a Gastro One.  Accordingly Sheila D. Wilkes' claims against Gastroenterology Center of the MidSouth, P.C., d/b/a Gastro One shall be dismissed with prejudice.

  **IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that Plaintiff Sheila D. Wilkes' claims against Gastroenterology Center of the MidSouth, P.C., d/b/a Gastro One be dismissed with prejudice.

  **IT IS SO ORDERED.**

                                        **s/ S. Thomas Anderson**
                                        S. THOMAS ANDERSON
                                        UNITED STATES DISTRICT JUDGE

                                        Date:   June 27, 2012