*UNITED STATES DISTRICT COURT*
# WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

---

| | |
|---|---|
| **SHELIA D. WILKES** | **JUDGMENT IN A CIVIL CASE** |
| v. | |
| **GASTROENTEROLOGY CENTER OF THE MIDSOUTH, P.C., d/b/a GASTRO ONE** | **CASE NO: 11-3141-A** |

---

**DECISION BY COURT.**  This action came to consideration before the Court.  The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED**  that in accordance with the Order Of Voluntary Dismissal With Prejudice entered on June 27, 2012, this cause is hereby dismissed with prejudice.


APPROVED:

s/ S. Thomas Anderson
**UNITED STATES DISTRICT COURT**

DATE: 6/28/2012

                                        THOMAS M. GOULD
                                        **Clerk of Court**


                                        s/Terry L. Haley
                                      (By)  Deputy Clerk